**Order entered January 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01207-CV

## IN THE INTEREST OF A.G., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-1176-W**

## ORDER

Before the Court is appellee's second request for an extension of time in which to file her

brief. The motion is **GRANTED**. Appellee's brief is due on or before **January 30, 2017**.

/s/    ELIZABETH LANG-MIERS
       PRESIDING JUSTICE